UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| STEVEN ROGER MANNON,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>VAMC ANN ARBOR,<br><br>　　　　　　　　　Defendant. | Case No. 23-cv-12612<br>Honorable Mark A. Goldsmith<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER STRIKING FILINGS (ECF NOS. 105, 107, 108, 111)**

　　　Plaintiff Steven Roger Mannon brings this action under the Privacy Act, 5 U.S.C. § 552a(g)(1)(A), seeking review of the government's denial of his request to amend a March 2020 medical record allegedly containing inaccuracies. ECF No. 1. The Honorable Mark A. Goldsmith referred the case to the undersigned for all pretrial proceedings under 28 U.S.C. § 636(b)(1). ECF No. 34.

　　　Mannon has made several improper filings. Federal Rule of Civil Procedure 7 authorizes parties to file various pleadings (*e.g.*, a complaint or an answer to a complaint) or a motion that "state[s] with particularity the grounds for seeking" a court order. Mannon's filings are none of these.

Two filings ask the Court to take judicial notice of matters not at issue in this case, such as a recently filed administrative appeal before the Department of Veterans Affairs and Mannon's inability to receive various background clearances.  ECF No. 105; ECF No. 111.  Two other filings ask for no relief and simply take note of issues for the sake of "preserving" them.  ECF No. 107; ECF No. 108.

Because these documents are improper filings, the Court **STRIKES** them.  ECF No. 105; ECF No. 107; ECF No. 108; ECF No. 111.

s/Elizabeth A. Stafford    
ELIZABETH A. STAFFORD  
United States Magistrate Judge

Dated: July 17, 2025

### NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

2

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 17, 2025.

                                  s/Davon Allen
                                  DAVON ALLEN
                                  Case Manager