UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| STEVEN ROGER MANNON,<br><br>Plaintiff,<br><br>v.<br><br>VAMC ANN ARBOR,<br><br>Defendant. | Case No. 23-cv-12612<br>Honorable Mark A. Goldsmith<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER STRIKING SUPPLEMENTAL COMPLAINT (ECF NO. 125)**

Plaintiff Steven Roger Mannon brings this action under the Privacy Act, 5 U.S.C. § 552a(g)(1)(A), seeking review of the government's denial of his requests to amend medical records allegedly containing inaccuracies. ECF No. 1.  The Honorable Mark A. Goldsmith referred the case to the undersigned for all pretrial proceedings under 28 U.S.C. § 636(b)(1).  ECF No. 34.

The Court granted in part Mannon's motion to supplement his complaint and ordered him to file a supplemental complaint incorporating his original Privacy Act claim about a March 2020 record and his new claim about an April 2020 record.  ECF No. 116, PageID.1698.  But Mannon's

supplemental complaint includes only his new Privacy Act claim disputing the April 2020 record. *See* ECF No. 125. The Court thus **STRIKES** that filing and **ORDERS** Mannon to comply with its previous order to file a supplemental complaint asserting his claims about <u>**both**</u> the March and April 2020 records by **August 29, 2025**  If Mannon fails to do so, his original complaint (ECF No. 1) will be considered the operative complaint, and he will have waived any claims about the April 2020 record.

                                                s/Elizabeth A. Stafford
                                                ELIZABETH A. STAFFORD
                                                United States Magistrate Judge

Dated: August 14, 2025

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

      The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 14, 2025.

                                          s/Davon Allen
                                          DAVON ALLEN
                                          Case Manager